IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00756-BNB

RONALD SANDERSON,

    Plaintiff,

v.

CITY OF AURORA,
POLICE S.W.A.T. MEMBERS,
OFFICER HARROLD BRANT,
OFFICER DAVE KREIGER,
CHIEF OF POLICE DANIEL OATES, and
CRAIG MORGAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 18 2008

GREGORY C. LANGHAM
              CLERK

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Ronald Sanderson, is incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Sanderson has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. The court must construe the complaint liberally because Mr. Sanderson is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Sanderson will be ordered to file an amended complaint.

The court has reviewed Mr. Sanderson's complaint and finds that it is deficient. First, it is not clear who Mr. Sanderson is suing because the Defendants listed in the caption of the complaint are not the same Defendants listed in Section A of the

complaint, the section that describes the parties to the action. In particular, the City of Aurora is listed as a separate Defendant in the caption but not in Section A. Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, "[i]n the complaint the title of the action shall include the names of all the parties." Pursuant to Rule 10.1J. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[p]arties shall be listed in a caption with one party per line. The proper name of a party shall be in capital letters, and any identifying text shall be in upper and lower case immediately following the proper name."

The court also finds that the complaint is deficient because the claims Mr. Sanderson raises in this action are not asserted against any of the named Defendants. Mr. Sanderson also fails to allege specific facts to demonstrate how the named Defendants personally participated in the asserted constitutional violations. Therefore, Mr. Sanderson will be ordered to file an amended complaint.

In order for Mr. Sanderson to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Sanderson must show that each Defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation

and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Finally, Mr. Sanderson is reminded that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Sanderson should name as Defendants the persons he believes actually violated his constitutional rights. Accordingly, it is

ORDERED that Mr. Sanderson file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Sanderson, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Sanderson fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED April 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00756-BNB

Ronald Sanderson
Reg. No. 14686
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of Prisoner Complaint** to the above-named individuals on 4-18-08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk