IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00756-LTB-BNB

RONALD SANDERSON,

Plaintiff,

v.

OFFICER HARROLD BRANT,
OFFICER DAVE KREIGER,
OFFICER CRAIG MORGAN,
OTHER UNKNOWN AURORA POLICE OFFICERS, and
POLICE S.W.A.T. MEMBERS,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 3 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated June 3, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00756-LTB-BNB

Ronald Sanderson
Prisoner No. 07-14656
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Officer Harrold Brant, Officer Dave Krieger,
and Officer Craig Morgan

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Officer Harrold Brant, Officer Dave Krieger, and Officer Craig Morgan     ; AMENDED COMPLAINT FILED 5/05/08, ORDER FILED 5/09/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/3/08    .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk