IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00756-LTB-BNB

RONALD SANDERSON,

Plaintiff,

v.

OFFICER HARROLD BRANT,
OFFICER DAVE KREIGER,
OFFICER CRAIG MORGAN,
OTHER UNKNOWN AURORA POLICE OFFICERS, and
POLICE S.W.A.T. MEMBERS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff on August 28, 2008 (the "Motions"):

1. **Motion for Court to Subpoena Photo and Documents** [Doc. #31], and

2. **Motion for Court to Subpoena Medical Records** [Doc. #32].

The plaintiff requests that the court obtain the following materials from nonparties: (1) a book of photographs from the Arapahoe County Detention Center; (2) "all medical documents and reports from nurses as well as doctors since I've been here from 10-17-07"; and (3) "the documentation from the emergency room at Fitzsimmons for myself showing what procedure was performed on me on 12/18/07 at or between 8:15 p.m. and 10:15 p.m."

Although plaintiff is proceeding *in forma pauperis*, he is not automatically entitled to the issuance of a subpoena. Burgess v. Andrews, 657 F.Supp. 1153, 1157 (W.D. N.C. 1987). The

Court will issue a subpoena only if satisfied that the plaintiff's request is reasonable.  Id.  Accordingly,

IT IS ORDERED that the plaintiff's Motions are DENIED WITHOUT PREJUDICE subject to the filing of a new request which provides (1) the name and address of the witness he wishes to subpoena, and (2) a <u>detailed</u> explanation of the purpose of the subpoena, including whether he is seeking to take testimony from a witness, or is seeking production of documents from a witness, or both.  If plaintiff is seeking to take testimony, he must describe the subject matter he wishes to cover and explain why the testimony sought is relevant or reasonably calculated to lead to the discovery of admissible evidence.  Fed.R.Civ.P. 29(b)(1).  If plaintiff is seeking production of documents, he must describe the documents with specificity and explain why the documents sought are relevant or reasonably calculated to lead to the discovery of admissible evidence.  Fed.R.Civ.P. 26(b)(1).

Dated September 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge