IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00756-LTB-BNB

RONALD SANDERSON,

Plaintiff,

v.

OFFICER HARROLD BRANT,
OFFICER DAVE KREIGER,
OFFICER CRAIG MORGAN,
OTHER UNKNOWN AURORA POLICE OFFICERS, and
POLICE S.W.A.T. MEMBERS,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Stay Proceedings** [docket no. 47, filed November 21, 2008] (the "Motion"). The Court is interpreting this Motion as a motion for extension of time. Therefore,

      IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **January 16, 2009**, and the dispositive motion deadline is extended to and including **February 6, 2009**. The Pretrial Conference set for February 9, 2009, is **VACATED**, to be reset at a later date.


DATED: November 24, 2008