IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00756-LTB-BNB

RONALD SANDERSON,

Plaintiff,

v.

OFFICER HARROLD BRANT,
OFFICER DAVE KREIGER,
OFFICER CRAIG MORGAN,
OTHER UNKNOWN AURORA POLICE OFFICERS, and
POLICE S.W.A.T. MEMBERS,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave of Court to Depose Plaintiff Ronald Sanderson** [docket no. 52, filed December 30, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants may take the deposition of plaintiff at Crowley County Correctional Facility.


DATED: January 5, 2009