IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00756-LTB-BNB

RONALD SANDERSON,

Plaintiff,

v.

OFFICER HARROLD BRANT,
OFFICER DAVE KREIGER,
OFFICER CRAIG MORGAN,
OTHER UNKNOWN AURORA POLICE OFFICERS, and
POLICE S.W.A.T. MEMBERS,

Defendants.

## ORDER

This matter is before me on the plaintiff's **Motion to File an Amended Complaint** [Doc. #56, filed 1/14/09] (the "Motion"). The plaintiff seeks leave to amend, but he has not attached to the Motion a copy of his proposed amended complaint. Therefore, it is impossible to determine whether leave to amend is appropriate. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated January 26, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge