**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-00756-LTB-BNB

RONALD SANDERSON,

       Plaintiff,

v.

OFFICER HARROLD BRANT,
OFFICER DAVE KREIGER,
OFFICER CRAIG MORGAN,
OTHER UNKNOWN AURORA POLICE OFFICERS, and
POLICE S.W.A.T. MEMBERS,

       Defendants.

_____

## ORDER
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on August 6, 2009 (Doc 76).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

      ORDERED that the recommendation is accepted.  Defendants' Motion to Dismiss for Plaintiff's Failure to Comply with Court's Order (Doc 74) is GRANTED and this action is DISMISSED WITH PREJUDICE.

                  BY THE COURT:


                    s/Lewis T. Babcock_____
                  Lewis T. Babcock, Judge

DATED:   August 27, 2009